**B. T. Lill, Trading as Lill Realty Company, Appellee, v. James Burns and Catherine Burns, Appellants.**

**Gen. No. 46,339.**

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

William T. Pridmore, for appellants; Peavey, McParland & Poplett, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.